THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Howard Lee
 Sims, Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2012-UP-256  
 Submitted April 2, 2012  Filed May 2,
2012

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz,
 III, of Columbia; and Howard Lee Sims, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Barry Barnette, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: Howard Lee Sims appeals his convictions
 of murder and first-degree burglary, arguing the trial court erred in admitting testimony that placed
 Sims's character in issue.  Sims also filed a pro se brief.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's
 motion to be relieved.
APPEAL
 DISMISSED.
WILLIAMS, THOMAS,
 and LOCKEMY, JJ., concur

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.